Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. ELIZABETH HAGER, Respondent, for Compensation for Herself and Child, for the Death of FREDERICK HAGER, v. VAN CAMP PRODUCTS COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, to Acquire Real Estate for and on Behalf of the City of New York, Respondent, under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof and Supplemental Thereto, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. DELAWARE AND EASTERN RAILWAY COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

NEVERSINK RIVER TELEPHONE COMPANY, Respondent, v. THE MURRAY ELECTRIC LIGHT COMPANY, Appellant.— Motion granted, unless within thirty days appellant perfects papers on appeal and pays ten dollars costs of this motion; in which case motion is denied, without costs; otherwise, respondent may enter an order dismissing appeal, without notice.